■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE WILLIAMS, Appellant. [851 NYS2d 879]—

The defendant failed to show by clear and convincing evidence that special circumstances existed warranting a downward departure from his presumptive risk level three designation. Accordingly, the Supreme Court providently exercised its discretion in designating him a level three sex offender (*see People v Maiello*, 32 AD3d 463 [2006]; *People v Guaman*, 8 AD3d 545 [2004]; *cf. People v Abdullah*, 31 AD3d 515, 516 [2006]). Mastro, J.P., Florio, Miller and Dickerson, JJ., concur.